IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| vs. | : | CRIMINAL NO. 14-000-264-WS |
| JAMES HENRY JACKSON, | : | |
| Defendant. | : | |

ORDER

This matter came is before the undersigned on defendant's unopposed motion to continue the trial, currently set on the February 2015 criminal trial term. (Doc. 31) As grounds for the motion, counsel for defendant notes that he first appeared on behalf of Defendant Jackson on January 7, 2015 when the defendant was arraigned on a superseding indictment.   Counsel further notes that the superseding indictment added a co-defendant, Kenneth Bohannon, who was arraigned the following day and has been set for trial during the March 2015 term of court. Defendant seeks a continuance of one month.   AUSA George May has advised that the United States has no objection to the requested continuance.

Upon consideration of the motion, and the lack of objection by the United States, the Court finds that the ends of justice served by continuing the trial of this defendant to the **March 2015** trial term "outweigh the best interest of the public and the defendant in a speedy trial." 18 U.S.C.A. § 3161(h)(7)(A).   The Court further finds that the request that this defendant be tried together with his co-defendant is reasonable under the circumstances and the ends of justice are served by the continuance.   Specifically, because both defendants are charged in the Superseding Indictment with participating in some of the same acts/series of acts or transactions, it is more efficient for all involved to proceed on the case in one trial.   (Doc. 14) For purposes

of the Speedy Trial Act, any delay resulting from this continuance is excludable pursuant to 18 U.S.C. § 3161(h)(6) ("A reasonable period of delay when the defendant is joined for trial with a co-defendant as to whom the time for trial has not run and no motion for severance has been granted.").

Upon consideration, the defendant's unopposed motion to continue is **GRANTED**.   The trial is continued to the **March 2015 term** with jury selection to be set on **March 2, 2015.**   This continuance is contingent on the defendant filing a Waiver of Speedy Trial, signed by defendant and his counsel no later than **January 23, 2015.**[1]

The Clerk of the Court is directed to refer this matter to Magistrate Judge William Cassady for scheduling of a pre-trial conference in February.

DONE this the 12th day of January 2015.

/s/ Katherine P. Nelson
**KATHERINE P. NELSON**
**UNITED STATES MAGISTRATE JUDGE**

---

[1] The waiver shall include language which reflects that (A) counsel has discussed the reasons for seeking a continuance with Defendant; (B) Defendant understands that the time requested in the motion to continue trial of this matter will be excluded from any calculations of time under the Speedy Trial Act; and (3) with this understanding and knowledge, Defendant agrees to a continuance of this action to the March 2015 trial term.